| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) MCCALLA, JON P | 2. Court or Organization U.S. DISTRICT COURT | 3. Date of Report 05/15/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address 167 N. MAIN STREET 9TH FLOOR MEMPHIS, TN 38103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 JUN 18 A 10: 32 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2006 | MCCALLA EAR, NOSE & THROAT, P.C. - PHYSICIAN |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P | 05/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | FEDERAL LAND BANK | ████████FARMS | None |
| 2. | FIRST TENNESSEE BANK | MORTGAGE ON COMMERCIAL BUILDING, PART VII, LINE 47 | N |
| 3. | FIRST TENNESSEE BANK | MORTGAGE ON LAND (NOT HELD FOR INVESTMENT OR PRODUCTION OF INCOME) | M |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 1ST TN BANK - CHECKING/ SAVING, MEMPHIS, TN | A | Interest | K | T | | | | | |
| 2. ▇▇▇▇▇SHELBY CO, TN | B | Rent | K | R | | | | | |
| 3. SHS TRUSTMARK BANK COMMON | B | Dividend | L | T | | | | | |
| 4. ▇▇▇▇#1, SHELBY COUNTY, TN 12/16/94 | A | Rent | K | Q | | | | | |
| 5. ▇▇▇▇#2, SHELBY COUNTY, TN 11/28/94 | A | Rent | J | Q | | | | | |
| 6. ▇▇▇▇#3, SHELBY COUNTY, TN 11/28/94 | A | Rent | J | Q | | | | | |
| 7. SHS TRUSTMARK BANK COMMON | C | Dividend | M | T | | | | | |
| 8. IRA-MORGAN STANLEY-CASH | A | Interest | J | T | | | | | |
| 9. IRA-MORGAN STANLEY-FIRST EAGLE | D | Dividend | M | T | | | | | |
| 10. IRA-MORGAN STANLEY-NEW PERSPECTIVE | C | Dividend | K | T | | | | | |
| 11. IRA-MORGAN STANLEY DAVE & BUSTERS SHS COMMON | | None | | | SELL | 3/09 | J | A | |
| 12. IRA-MORGAN STANLEY-FLOWERS INDUSTRIES SHS COMMON | A | Dividend | J | T | | | | | |
| 13. SHS HANOVER INS | A | Dividend | J | T | | | | | |
| 14. SHS ALCATEL-NAME CHG FROM LUCENT TECHNOLOGY COMMON | A | Dividend | J | T | | | | | |
| 15. AMERICAN GROWTH FUND | A | Dividend | K | T | | | | | |
| 16. INVESTMENT CO OF AMERICA | B | Dividend | K | T | | | | | |
| 17. AMERICAN NEW PERSPECTIVES | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| FUND | | | | | | | | | |
| 18. MEMPHIS ENT NETWORK, MEMPHIS, TN | | None | J | W | | | | | |
| 19. FRACTIONAL INTERESTS IN ███████ ████████HELBY CO., TN | A | Rent | K | W | | | | | |
| 20. FRACTIONAL INTEREST IN ██████ ████████INHERITED | A | Rent | L | W | | | | | |
| 21. IRA-MORGAN STANLEY-AIM CONSTELLATION-FORMER AGRESSIVE GROWTH | A | Dividend | J | T | | | | | |
| 22. IRA-MORGAN STANLEY-MUNDER NET NET FUND | A | Dividend | J | T | | | | | |
| 23. MORGAN STANLEY LIQUID ASSET FUND | A | Interest | | | CLOSED | 12/15 | K | | |
| 24. AGERE CL B COMMON | | None | J | T | | | | | |
| 25. AGERE CL A COMMON | | None | J | T | | | | | |
| 26. IRA-MORGAN STANLEY-AM GROWTH FUND OF AMERICA | B | Dividend | K | T | | | | | |
| 27. IRA-MORGAN STANLEY-PUTNAM MID CAP VALUE | C | Dividend | K | T | | | | | |
| 28. IRA-MORGAN STANLEY-CALAMOS GROWTH FUND | B | Dividend | L | T | | | | | |
| 29. PUTNAM MID CAP VALUE | D | Dividend | L | T | | | | | |
| 30. CALAMOS GROWTH FUND | B | Dividend | K | T | | | | | |
| 31. ING INTL VALUE FUND | C | Dividend | K | T | | | | | |
| 32. ROTH-FIRST TENNESSEE | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. IRA-MORGAN STANLEY-VAN KAMPEN GROWTH & INCOME | B | Dividend | K | T | | | | | |
| 34. IRA-MORGAN STANLEY-GROWTH FUND OF AMERICA | C | Dividend | L | T | | | | | |
| 35. IRA-MORGAN STANLEY-DISCOVER BK CD | A | Interest | J | T | | | | | |
| 36. IRA-MORGAN STANLEY-ALLSTATE T-LINK ANNUITY | D | Interest | M | T | | | | | |
| 37. GROWTH FUND OF AMERICA | A | Dividend | K | T | | | | | |
| 38. COMMERCIAL REAL ESTATE-MEMPHIS, TN | E | Rent | N | R | | | | | |
| 39. IRA-MORGAN STANLEY-GENERAL ELECTRIC | B | Dividend | K | T | | | | | |
| 40. IRA-MORGAN STANLEY-PIMCO COMMOD REAL RET STRAT | A | Dividend | K | T | | | | | |
| 41. AXA COMMON | A | Dividend | J | T | | | | | |
| 42. IRA-MORGAN STANLEY-HOTCHKIS & WILEY LRG CAP VAL | A | Dividend | K | T | | | | | |
| 43. PUTNAM FLOATING RATE | B | Dividend | K | T | | | | | |
| 44. IRA-MORGAN STANLEY-LIQUID ASSET ACCOUNT | A | Interest | J | T | | | | | |
| 45. MORGAN STANLEY ACTIVE ASSETS MONEY TRUST ACCOUNT | A | Interest | J | T | | | | | |
| 46. MORGAN STANLEY ACTIVE ASSETS MONEY TRUST | A | Interest | J | T | | | | | |
| 47. IRA-MORGAN STANLEY-HOTCHKIS & WILEY LRG CAP VALUE | A | Dividend | M | T | | | | | |
| 48. HOTCHKIS & WILEY LRG CAP VALUE | A | Dividend | K | T | | | | | |
| 49. IRA-MORGAN STANLEY-NUVEEN | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| TRADEWINDS | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P | 05/15/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

SCHEDULE VII, LINE 2
1/3 INTEREST IN ███████████ SHELBY COUNTY, TENNESSEE WAS PURCHASED ON JULY 20, 1982 FOR ██████ THIS LAND IS IN

SCHEDULE VII, LINE 4
INHERITED AN UNDIVIDED 1/12 INTEREST IN ████████ IN SHELBY COUNTY, TENNESSEE, DEED DATED 12/16/94.

SCHEDULE VII, LINES 5 & 6
RECEIVED AN UNDIVIDED 1/6 INTEREST IN ████████ AND AN UNDIVIDED 1/12 INTEREST IN FARM LAND LOCATED IN SHELBY COUNTY, TENNESSEE, DEEDS DATED 11/28/94.

SCHEDULE VII, LINE 19
FRACTIONAL INTERESTS IN ████████ IN SHELBY COUNTY, TENNESSEE GIFTED IN 2000.

SCHEDULE VII, LINE 20
FRACTIONAL INTEREST IN ████████ N SHELBY COUNTY, TENNESSEE INHERITED IN 1992.

SCHEDULE VII, LINE 38
COMMERCIAL REAL ESTATE WAS PURCHASED 8/3/03 FOR $479,988.

SCHEDULE VII, LINES 15, 16, 26, 29, 30, AND 51 ON THE 2005 REPORT
THESE INVESTMENTS ARE OWNED BY ██████ WHO IS NO LONGER A ███████████

SCHEDULE VII, LINE 23
THIS CASH ACCOUNT WAS CLOSED.

SCHEDULE VI
LOAN ON ████████ WAS PAID OFF.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sign _____ Date June 12, 2007

NO
AN                              ULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544